PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

**FILED**

MAY 2 6 2022



CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JULIO CESAR SORTO-RECINOS,<br><br>*Defendant.* | Case No. 1:21-MJ-49<br><br>**UNDER SEAL** |

### ORDER

Upon the motion of the United States, by and through its attorneys, and the defendant, Julio Cesar Sorto-Recinos, by and through his attorney, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Consent Motion to Extend Speedy Trial Time, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for filing an indictment or information in this case be and is hereby extended up to and including June 26, 2022. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment or information must be filed.

Date: 5/26/2022
Fresno, California