HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:21-MJ-00049 EPG (SEALED) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION AND ORDER FOR APPOINTMENT OF LEARNED COUNSEL** |
| JULIO CESAR SOTO-RECINOS, | ) | |
| Defendant. | ) | **SEALED** |

Defendant, Julio Cesar Soto-Recinos, through the Federal Defender for the Eastern District of California, hereby requests appointment of learned counsel pursuant to 18 U.S.C. §§ 3005 and 3006A. The Federal Defender recommends appointment of Mark Goldrosen of San Francisco, California, as learned counsel in the law applicable to capital cases. Soto-Recinos must have, at minimum, two counsel in this potential death penalty case. On May 26, 2022, CJA Panel attorney Michael McKneely was appointed as Second Chair in the matter. And Mr. Goldrosen's appointment should be effective *nunc pro tunc* as of June 6, 2022.

The under-seal Criminal Complaint filed May 21, 2021 charges Soto-Recinos in two counts: I. Murder in aid of racketeering, and II. Conspiracy to murder in aid of racketeering, both in violation of 18 U.S.C. §§ 1959(a)(1) and (a)(5) and carrying maximum possible sentences of life or death. Mr. Soto-Recinos had his Initial Appearance on May 26, 2022 before Honorable Magistrate Judge Stanley A. Boone. Mr. Soto-Recinos submitted a Financial Affidavit and court appointed CJA counsel.

Dated: June 7, 2022   */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints learned counsel Mark Goldrosen *nunc pro tunc* as of June 6, 2022, pursuant to 18 U.S.C. §§ 3005 and 3006A.

IT IS SO ORDERED.

Dated: __June 8, 2022__         /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE