IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   vs.<br><br>JULIO CESAR SORTO-RECINOS,<br><br>         Defendant. | Case No.: 1:22-cr-00232 JLT<br><br>**[PROPOSED] ORDER AUTHORIZING ISSUANCE OF RULE 17(c) SUBPOENA TO KERN COUNTY SHERIFF'S OFFICE RETURNABLE PRIOR TO TRIAL**<br><br>**FILE UNDER SEAL AND EX PARTE** |

On the motion of the Defendant JULIO CESAR SORTO-RECINOS pursuant to Rules 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following subpoena issue for the specified records of the Kern County Sheriff's Office, and that any fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the subpoenas command the production of the material to the Honorable United States District Court Judge Jennifer L. Thurston at Robert E. Coyle United States Courthouse, 2500 Tulare Street, Courtroom 4 [7th Floor], Fresno CA 93721, within three weeks of receipt of the subpoena.  If compliance with this subpoena would be unreasonable or oppressive, the Kern County Sheriff's Office may file a motion to quash or modify the subpoena, for an in-camera review of the documents, or for an order to permit production only pursuant to a protective order.

[Proposed] Order Authorizing Issuance of Rule 17(c) Subpoena to Kern County Sheriff's Office Returnable Prior to Trial
Case No: 22-cr-0232 JLT

1

IT IS FURTHER ORDERED that the materials received pursuant to the subpoena shall be released only to counsel for the defendant Julio Cesar Sorto-Recinos.

IT IS FURTHER ORDERED that this application and order be filed under seal.

IT IS SO ORDERED.

Dated:   **November 17, 2022**

UNITED STATES DISTRICT JUDGE

[Proposed] Order Authorizing Issuance of Rule 17(c) Subpoena to Kern County Sheriff's Office
Returnable Prior to Trial
Case No: 22-cr-0232 JLT

2