IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JULIO CESAR RECINOS-SORTO,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:22-CR-00232-JLT-SKO<br><br>ORDER TO UNSEAL CASE; FILE REDACTED COPY OF INDICTMENT |

　　　The United States having applied to this Court for the indictment and arrest warrants in the above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrants with respect to JULIO CESAR RECINOS-SORTO now having been executed and the need for sealing with respect to him having ceased;

　　　IT IS ORDERED that the indictment and arrest warrant filed in the above-entitled matter shall be unsealed as to JULIO CESAR RECINOS-SORTO; the United States shall file a copy of the indictment on the public docket that is redacted to conceal the identity of the co-defendants who have not yet been apprehended. The unredacted indictment shall remain sealed.

**Nov 18, 2022**

_____
Stanley A. Boone-United States Magistrate Judge