MARK GOLDROSEN (State Bar No. 101731)
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, California 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601
markgoldro@aol.com

MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorneys for Defendant
JULIO RECINOS-SORTO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO RECINOS-SORTO,<br><br>Defendant. | Case No.   1:22-cr-00232-BLW-BAM<br><br>**STIPULATION AND ORDER SCHEDULING ARRAIGNMENT** |

### STIPULATION

Defendant Julio Recinos-Sorto, through his counsel Mark Goldrosen and Michael McKneely, and the United States of America through its counsel Assistant United States Attorneys Justin Gilio and Robert Veneman-Hughes, hereby stipulate as follows:

1. The United States has filed a Second Superseding Indictment (ECF 233) in this matter.

2. All counsel desire to conduct Mr. Recinos-Sorto's arraignment on the Second Superseding Indictment on February 26, 2025 at 2:00.

IT IS SO STIPULATED

DATED: February 25, 2025

MICHELE BECKWITH
Acting United States Attorney

By:  s/ Robert Veneman-Hughes by authorization
Kimberly Sanchez, Justin Gilio
& Robert Veneman-Hughes,
Assistant United States Attorneys

DATED: February 25, 2025

MARK GOLDROSEN, Attorney at Law, &
MICHAEL McKNEELY, Attorney at Law

By:  s/ Michael McKneely
Michael McKneely
Attorneys for Julio Recinos-Sorto

## FINDINGS AND ORDER

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, this matter is calendared for arraignment on **February 26, 2025 at 2:00 p.m. before Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated: **February 25, 2025**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE