MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JULIO RECINOS-SORTO,<br><br>                              Defendants. | CASE NO.  1:22-CR-00232-BLW-BAM<br><br>STIPULATION TO CONTINUE ARRAIGNMENT ON THIRD SUPERSEDING INDICTMENT; AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      Defendant has been charged in a second superseding indictment and needs to be arraigned on that indictment.

2.      Defendant is not available to be transported for court on May 5, 2025 and there is not time to obtain a Rule 10 waiver in advance of that hearing, as defendant is housed outside of the Fresno area.

3.      Counsel for defense is available on May 12, 2025, at 2 P.M.

4.      The parties request that arraignment for the above-named defendant be set on that date and time.

5.      At this time, the parties expect the defendant to appear for arraignment on May 12, 2025.

STIPULATION                                                  1

Should the defendant instead seek a rule 10 waiver, the parties will notify the court promptly.

6.    No exclusion of time is necessary as time has been excluded through July 23, 2025.

7.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated:  May 2, 2025                                        MICHELE BECKWITH
                                                                      Acting United States Attorney


                                                                      /s/ Robert L. Veneman-Hughes
                                                                      ROBERT L. VENEMAN-HUGHES
                                                                      Assistant United States Attorney


Dated:  May 2, 2025                                        /s/ Mike McKneely
                                                                      Mike McKneely
                                                                      Counsel for Defendant
                                                                      Julio Recinos-Sorto


## **ORDER**

IT IS SO ORDERED that the arraignment on the **third** superseding indictment is continued from May 5, 2025, to **May 12, 2025, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**. Time has been excluded through July 23, 2025.

IT IS SO ORDERED.

Dated:   **May 2, 2025**                          /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE