IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ANGEL CASTRO ALFARO,<br>LUIS DIAZ PINEDA, AND<br>JULIO RECINOS SORTO,<br><br>                Defendants. | CASE NO.  1:22-CR-000232-BLW-BAM<br><br>ORDER DISMISSING CHARGES AGAINST ANGEL CASTRO ALFARO, LUIS DIAZ PINEDA, AND JULIO RECINOS SORTO PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States, the Court finds it is in the interests of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charges in Case No. 1:22-cr-000232-BLW-BAM against defendant Angel Castro Alfaro, Luis Diaz Pineda, and Julio Recinos Sorto are hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.



DATED: August 28, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER - 1